# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 SEP -4 AM 11:32

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>ELADIO RAMOS,<br><br>                    Defendant. | CASE NO. 12-CR-3071-WQH<br><br>**JUDGMENT OF DISMISSAL** |

       IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) as charged in the Indictment/Information:

   8:1326(a) and (b) - Removed Alien Found in the United States (Felony)(1)

---

       IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/31/12

                                            Bernard G. Skomal
                                            U.S. Magistrate Judge